HARRY HODES, PLAINTIFF-APPELLANT, v. FRANK MOONEY ET AL., DEFENDANTS-RESPONDENTS.

Decided December 30, 1930.

Before Justices CASE, DALY and DONGES..

For the appellant, *Hodes & Hodes, Herbert A. Kuvin* and *Harry Green.*

For the respondents, *Berlin & Berlin.*

PER CURIAM.

Since the filing of the opinion in this case it has been represented to the court that the defendant Mooney has parted with the property so that a judgment for possession will be ineffectual. Therefore, instead of entering judgment for the plaintiff in this court, the judgment is reversed and the case remanded for a new trial.